# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Joshua E. Miller<br>Northeast Ohio Correctional Center<br>2240 Hubbard Rd, Youngstown, OH 44505<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:22-mj-89<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 24, 2021 - June 1, 2021** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

*Complainant's signature*

ANNA S EDGAR  *Digitally signed by ANNA S EDGAR*
*Date: 2022.02.15 14:13:06 -05'00'*

Anna Edgar, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence. VIA FACETIME

Date: 2/15/2022

*Judge's signature*

City and state: Columbus, Ohio     Elizabeth A. Preston Deavers, US Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No.: |
| United States of America ) | |
| v. ) | |
| Joshua E. MILLER ) | Magistrate Judge |
| 2240 Hubbard Road ) | |
| Youngstown, OH 44505 ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Homeland Security Investigations (HSI) Special Agent (SA) Anna Edgar (Your affiant), being first duly sworn, hereby depose and state as follows:

1. Your affiant, assigned to the HSI Office of the Assistant Special Agent in Charge (ASAC) in Columbus, Ohio, makes this affidavit in support of a criminal complaint to arrest Joshua MILLER for a violation of Title 18 United States Code (U.S.C.) Section (§) 2422(b), Attempted Coercion and Enticement, and a violation of 18 U.S.C. § 2252(a)(4)(B), Possession of Child Pornography. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable case. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that MILLER committed the violation listed above.

2. Your affiant has been employed by HSI since January 2010. Your affiant gained experience through completion of the Federal Criminal Investigator Training Program (CITP) and completion of the Immigration and Customs Enforcement Special Agent Training (ICESAT) program. Your affiant's primary duties are and have been the investigation of violations of Titles 8, 18, 19, and 21 of the United States Code. Your affiant has received specialized training and has experience in the above areas. Your affiant has completed numerous applications for criminal complaints, summonses, and search warrants. Your affiant has been assigned to the Franklin County Internet Crimes Against Children (ICAC) Task Force since 2019, where she has conducted and assisted with investigations involving child exploitation and child sexual abuse.

3. The information set forth in this affidavit is based upon evidence that has been gathered and your affiant's observations and experiences, as well as those of co-workers and other law enforcement officers.

1

## FACTS SUPPORTING PROBABLE CAUSE

4. In or around July of 2021, HSI Columbus received information from the Ohio Adult Parole Authority (APA) regarding the child exploitation activities of an individual they were supervising named Joshua MILLER. MILLER was previously convicted of two counts of Disseminating Matter Harmful to Juveniles and one count of Pandering Obscenity Involving a Minor in 2016, all in the state of Ohio. MILLER was sentenced to a term of imprisonment with a required term of probation afterwards.

5. On or about May 10, 2021, MILLER was released from incarceration and began residing at 838 S. Champion Avenue, in Columbus, Ohio. The residence located at 838 S. Champion Avenue is used as housing for the Community Transition Housing Program for sexual offenders. Due to his 2016 conviction, MILLER was required to register as a sex offender. Furthermore, in accordance with his probation order and guidelines, APA officers were authorized to search, with or without a warrant, MILLER's person, residence, motor vehicle, or any other items of tangible or intangible personal property should the APA have reasonable grounds to believe that MILLER was not abiding by the law or was otherwise not complying with the conditions of his supervision.

6. The investigation into MILLER began on or about May 26, 2021, when three minor females were walking down the street and an unknown male subject, later identified as MILLER, made a noise to get their attention. All three female minors looked in the direction of MILLER and subsequently observed MILLER masturbating on the front porch of his 838 S. Champion Avenue residence. Approximately one hour later, the same three minor females walked past MILLER's residence again, in an attempt to return home, when they observed MILLER pointing what appeared to be a firearm out of the back door. The female minors ran away from MILLER, and subsequently encountered a probation officer who was in the area. The three minor females related to that probation officer all of their observations of MILLER as indicated above.

7. Due to the serious nature of the allegations against MILLER by the three minor females, APA officers entered and searched MILLER's residence. During the search, officers located a folder under the mattress of MILLER's bed containing handwritten, sexually explicit stories and fantasies written by MILLER. Multiple stories described sexual activities involving MILLER and pre-teen and teenage girls. APA officers also recovered a black UMX cellular smart phone on MILLER's person. During a cursory review of that UMX cell phone, officers found videos, which were created on or about May 26, 2021, of MILLER masturbating both inside and outside of his residence while filming three minor females as they walked down the street, which appeared to be consistent with what the three female minors had reported regarding their observations of MILLER.

2

8. During further review of MILLER's cell phone, APA officers found multiple videos of MILLER masturbating in public. The cell phone also contained multiple text conversations where sexually explicit photos were shared between MILLER and unknown individuals who identified themselves to MILLER as minors. In addition, multiple text conversations were observed where MILLER appeared to be impersonating a teenage male. For example, on or about May 24, 2021, MILLER sent an image of a teenage boy to another unknown individual, pretending to be the minor in the image. In addition, MILLER's cell phone contained at least a dozen images of MILLER posing outdoors in public, with his penis exposed.

9. On or about May 26, 2021, following the incident described above, MILLER was arrested for violating conditions of his supervision. On or about June 1, 2021, a search warrant was obtained for MILLER's UMX cell phone. While manually reviewing MILLER's cell phone pursuant to that search warrant, the Snapchat application was observed to be installed. Upon opening the Snapchat application, the account "joshmiller8492" was logged in and the application "joined date" was listed as May 23, 2021. Law enforcement discovered dozens of messages exchanged between MILLER and other unknown individuals, including some who identified themselves as minors. During these exchanges, MILLER requested several individuals video chat or exchange photos with him.

10. A forensic extraction of the UMX cell phone was then completed. In a subsequent review of that extraction, law enforcement discovered approximately forty-seven screenshots from the Snapchat application on MILLER's cell phone. The Snapchat screenshots included dozens of images of child erotica and child pornography. Specifically, the child pornography images depicted pre-pubescent and pubescent female minors engaged in the lascivious display of genitalia and sex acts with other minors and adults. In addition, law enforcement observed that across the top of the screenshots from Snapchat, there were banners with wording which appeared to be advertisements for the sale of or references to child pornography. For example, the verbiage included the following references: "c.p[1].," "Info cp," "Only Cp," "Interested Dropbox cp offer include 234 video girl 4 5 6 8 11 12 14 17 video anal vajinal dildo masturbation penetration blowjob fucked sister with brother father with daughter ,son with mama $$." The child pornography advertisements appeared to have been posted by Snapchat user account "Maria[emoji]cpHot."

11. Further review of the forensic extraction from MILLER's cell phone revealed a video, titled VID_20210525_195339.mp4, which was created on or about May 25, 2021. In the

---

[1] Your affiant knows from training and experience that the abbreviation "cp" is commonly used to refer to child pornography.

3

video MILLER is heard making the statement "playing with my hard dick in front of kids," and MILLER is then observed masturbating in front of an open door, while three individuals that appear to be minor children walked down the street.

12. Law enforcement also discovered two additional screenshots of a conversation that occurred between MILLER and "Maria[emoji]cpHot" on Snapchat. During a manual review of MILLER's cell phone, this conversation was also observed within the Snapchat application that is installed on MILLER's cellphone. During the conversation, MILLER messaged "Maria[emoji]cpHot." "Maria[emoji]cpHot" then offered to send MILLER child pornography via Dropbox for $40.00. In response, MILLER stated: "Oh my god I really wish I had 40 dollars…I want those pics very bad. Can I have a couple free ones" and then further wrote "Can I have a couple to hold me off until then."

13. On or about November 2, 2021, a federal search warrant was issued to Snapchat for records associated with MILLER's Snapchat account, "JoshMiller8492." Your affiant reviewed the records provided by Snapchat. While reviewing the chat conversation logs, your affiant discovered MILLER had sent unsolicited images of his penis and videos of himself masturbating to other Snapchat users on multiple occasions.

14. Further review of the conversations between MILLER and other Snapchat users revealed multiple conversations where MILLER asked users if they wanted to watch him masturbate live during a video call. These conversations mainly took place on or about May 24 and May 25, 2021. On several occasions, MILLER also sent photos of his penis to users who stated they were minors.

15. In addition, on multiple occasions, MILLER further requested nude photos from Snapchat users who indicated to him that they were minors. The following is an excerpt of one of these conversations that took place on or about May 24, 2021:

> Minor Victim: How old r u
> **MILLER: I'm 28**
> **MILLER: Why**
> Minor Victim: Im 14-
> Minor Victim: Why this always happen to meh TwT
> **MILLER: Its not like anybody will ever know**
> Minor Victim: Bruh
> Minor Victim: Really
> **MILLER: I'm just being honest**
> Minor Victim: DAt sUs
> Minor Victim: Lol
> **MILLER: I wish I could see your young lil pussy**
> Minor Victim: Uhhhhh- I ain't that young

4

> Minor Victim: Imma be 15 in 2 days-
> **MILLER: Yea I know but still I wanna see it so bad and happy early bday**
> Minor Victim: That's kinda weird and thanks
> **MILLER: Do u shave it**
> Minor Victim: That's a personal question
> **MILLER: I'm sorry I just wanna see it so bad please**
> Minor Victim: I have a bf
> Minor Victim: So I cant
> **MILLER: He won't ever know its just one pic that's all I want**
> Minor Victim: Uh-
> **MILLER: Pretty please**
> Minor Victim: Wh-why?
> **MILLER: BC idrk why I just wanna see a young girls pussy**
> Minor Victim: That honestly sounds sus
> **MILLER: How does it**
> **MILLER: Its not like i all be able to show anybody it'll delet after I see it**
> **MILLER: I'll do anything u want**
> Minor Victim: A 28 yr old asking a 14 yr old for a picture of her pussy cause you want to see a little girls pussy
> **MILLER: Not real little girls just one round ur age please**
> **MILLER: I really will do anything u want if u show me**
> Minor Victim: Ok well sir I gotta finish getting ready for school

16. Your affiant further observed a Snapchat conversation between MILLER and Minor Victim Two in which MILLER indicated that he was a thirteen-year-old male. In response, Minor Victim Two indicated that he was fourteen years old. MILLER then distributed to Minor Victim Two a photo of his penis and subsequently requested a photo of the penis of Minor Victim Two in return. Furthermore, MILLER then distributed to Minor Victim Two eleven images of nude age questionable females in various poses engaged in the lascivious display of their genitalia.

17. Based upon the above information, your affiant believes there is probable cause to believe Joshua E. MILLER has committed offenses in violation of 18 U.S.C. § 2422(b and 18 U.S.C. § 2252(a)(4)(B) – the attempted coercion and enticement of a minor and the possession of child pornography. Therefore, your affiant respectfully requests this court to issue an arrest warrant.

ANNA S EDGAR
Digitally signed by ANNA S EDGAR
Date: 2022.02.15 14:13:55 -05'00'

Anna Edgar
Special Agent
Homeland Security Investigations

Sworn and subscribed to before me this 15TH day of February 2022.

_____
Judge Elizabeth A. Preston Deavers
United States Magistrate Judge
Southern District of Ohio
Eastern Division